UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| ALLSTAR MARKETING GROUP, LLC, <br><br> PLAINTIFF, <br><br> V. <br><br> THE PARTNERSHIPS AND UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE A, <br><br> DEFENDANTS. | CASE NO.: 1:24-CV-10491 <br><br> JUDGE THOMAS M. DURKIN <br><br> MAGISTRATE JUDGE JEFFREY T. GILBERT |

## SATISFACTION OF JUDGMENT

WHEREAS, a judgment was entered in the above action on April 3, 2025 [61], in favor of the Plaintiff, Plaintiff Name ("Plaintiff"), and against the Defendants Identified on Schedule A to the Complaint in the amount of **one hundred thousand dollars** ($100,000) per Defaulting Defendant for willful use of counterfeit and infringing Sock Slider Trademarks and **one hundred thousand dollars** ($100,000) per Defaulting Defendant for willful copyright infringement of the Socks Slider Copyrights in connection with the offer for sale and/or sale of products through at least the Defendant Internet Stores, and Plaintiff acknowledges payment of an agreed upon damages amount, costs, and interest, and desires to release this judgment and hereby fully and completely satisfy the same as to the following Defendant(s):

| NO. | DEFENDANT |
|---|---|
| 243 | Dobrydom |

THEREFORE, full and complete satisfaction of said judgment as to the above-referenced Defendants is hereby acknowledged, and the Clerk of the Court is hereby authorized and directed to make an entry of the full and complete satisfaction on the docket of said judgment.

DATED: October 1, 2025

Respectfully submitted,

*/s/ Alison Carter*
Ann Marie Sullivan
Alison Carter
Gouthami V. Tufts
John J. Mariane

**Sullivan & Carter, LLP**
111 W. Jackson Blvd, Ste 1700
Chicago, Illinois 60604
Telephone: 929-724-7529
E-mail: attorney@scip.law

**ATTORNEYS FOR PLAINTIFF**