UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| ALLSTAR MARKETING GROUP, LLC,<br><br>PLAINTIFF,<br><br>v.<br><br>THE PARTNERSHIPS AND UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE A,<br><br>DEFENDANTS. | CASE NO.: 1:24-CV-10491<br><br>JUDGE THOMAS M. DURKIN<br><br>MAGISTRATE JUDGE JEFFREY T. GILBERT |

## NOTICE OF DISMISSAL

Pursuant to Fed. R. Civ. P. 41(a)(1)(A), Plaintiff hereby files this Notice of Voluntary Dismissal, with prejudice, as to the following Defendant(s) identified on Schedule A of the Complaint:

| NO. | DEFENDANT |
|---|---|
| 236 | WUHU |

Dated: November 20, 2025

Respectfully submitted,

/s/ Alison K. Carter
Ann Marie Sullivan
Alison Carter
Gouthami V. Tufts
John J. Mariane

**Sullivan & Carter, LLP**
111 W. Jackson Blvd, Ste 1700
Chicago, Illinois 60604
Website: https://www.scip.law
Tel No.: 929-724-7529
Email: attorney@scip.law

***ATTORNEYS FOR PLAINTIFF***

1